1  **SIRIA L. GUTIERREZ, ESQ.**
   Nevada Bar No.: 11981
2  **GUTIERREZ LAW, PLLC**
   304 S. Jones Blvd.
3  Ste 7385
4  Las Vegas, NV 89107
   Phone: (702) 556-2720
5  Email: Siria.gutierrez.esq@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cherish Mays on behalf of P.P., a minor<br><br>Plaintiffs,<br>v.<br><br>Clark County School District, et al.<br><br>Defendants. | Case No.: 2:21-cv-00476-GMN-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    The undersigned files this motion with the Court in accordance with LR IA 11-6. As of May 14, 2021, the undersigned attorney is no longer associated with Bighorn Law, the law firm Plaintiff retained to represent Plaintiff in this matter. All correspondence should be directed to Kimball Jones, Esq., the Partner for this file. Kimball@bighornlaw.com.

    The undersigned seeks the Court's approval to withdraw as counsel of record on this matter as the case remains ongoing with Bighorn Law and Kimball Jones, Esq. retain the attorney-client relationship and responsibility of the matter.

//

//

//

Bighorn Law remains in access and control of all information, including Plaintiff's home address, which is why the undersigned is unable to give personal service to Plaintiff.

Dated May 29, 2021          By:   */s/ Siria L. Gutierrez*
                                                       **SIRIA L. GUTIERREZ, ESQ.**
                                                       Nevada Bar No.: 11981
                                                       304 S. Jones Blvd., Ste 7385
                                                       Las Vegas, NV 89107

## **ORDER**

**IT IS SO ORDERED**

**DATED:** 1:51 pm, June 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**