1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  MELISSA ALESSI, ESQ.
   Nevada Bar No. 9493
3  5100 West Sahara Avenue
   Las Vegas, Nevada 89146
4  Telephone: (702) 799-5373
   Facsimile: (702) 799-7243
5  alessm1@nv.ccsd.net
   Attorneys for Defendants Angela Shepard
6           and Clark County School District

7                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
8                          *********

9  CHERISH MAYS on behalf of P.P., a           Case No. 2:21-cv-00476-GMN-BNW
   minor,
10
                Plaintiff
11
   v.
12
   CLARK COUNTY SCHOOL
13 DISTRICT, a political subdivision of
   the State of Nevada dba HAL SMITH
14 ELEMENTARY SCHOOL;
   DEFENDANT ANGIE SHEPARD;
15 DOE TEACHER; DOE SCHOOL
   PRINCIPAL, I-X; DOE EMPLOYER I-
16 X; DOES I-X and/or DEFENDANT
   ROES I-X,
17          Defendants.

18        **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

19        IT IS HEREBY STIPULATED AND AGREED by and between the parties,

20 Plaintiffs Cherish Mays on behalf of minor, P.P. (collectively, "Plaintiffs"), by and

21 through their counsel of record, Kimball Jones, Esq. of Bighorn Law, and

22 Defendants Angela Shepard and Clark County School District (collectively,

23 "Defendants"), by and through their counsel of record, Melissa L. Alessi, Esq., of the

24 Clark County School District, Office of General Counsel, that the Complaint filed

1  by Plaintiffs and each and every cause of action alleged therein, be dismissed WITH
2  PREJUDICE as to Defendants, all parties to bear their own attorneys' fees and
3  costs.

4

5  Dated this 4 day of October, 2022.    Dated this 1st day of August, 2022.

6  BIGHORN LAW                            CLARK COUNTY SCHOOL DISTRICT
                                          OFFICE OF THE GENERAL COUNSEL
7

8  /s/ Kimball Jones                      [signature] Melissa L. Alessi
   Kimball Jones, Esq.                    Melissa L. Alessi, Esq.
9  Nevada Bar No. 12982                   Nevada Bar No. 9493
   3675 W. Cheyenne Ave., Suite 100       5100 W. Sahara Ave.
10 North Las Vegas, Nevada 89032          Las Vegas, NV  89146
   Attorneys for Plaintiffs               Attorneys for Defendants Angela
11                                        Sheppard and Clark County School
                                          District
12

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

*Mays v. CCSD, et al.*
2:21-cv-00476-GMN-BNW

# ORDER

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that that Defendants Angela Sheppard and Clark County School District are dismissed from the above-entitled action WITH PREJUDICE;

IT IS FURTHER ORDERED that the parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this __7__ day of October, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT


*Prepared and submitted by:*

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL


_____
Melissa L. Alessi, Esq.,
Nevada Bar No. 9493
5100 W. Sahara Ave.
Las Vegas, NV  89146
Attorneys for Defendants Angela Sheppard and
     Clark County School District



Christina Marie Reeves [Office of the General Counsel] <reevec1@nv.ccsd.net>

## Re: Mays v. CCSD - settlement documents
1 message

**Kimball Jones, Esq.** <kimball@bighornlaw.com>  Tue, Oct 4, 2022 at 1:34 PM
To: "Christina Marie Reeves [Office of the General Counsel]" <reevec1@nv.ccsd.net>
Cc: Amy Cvetovich <amy@bighornlaw.com>, "Melissa Alessi [Office of the General Counsel]" <alessm1@nv.ccsd.net>, Fernando Gomez <fernando@bighornlaw.com>

Thank you. You may e-sign for me.

 

**Kimball Jones, Esq.**
Partner | Attorney

Tel:     (702) 333-1111
Fax:    (702) 507-0092
Email:  kimball@bighornlaw.com
Web:   bighornlaw.com

   

This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

> On Tue, Oct 4, 2022 at 1:33 PM Christina Marie Reeves [Office of the General Counsel] <reevec1@nv.ccsd.net> wrote:
>
>> The Settlement Check is ready for exchange. Has your office signed the Stipulation and Order for dismissal? I am enclosing just in case you needed it again.
>>
>> Thank You,
>>
>> Christina Reeves
>> Paralegal
>> Office of the General Counsel
>> Clark County School District
>> 5100 West Sahara Avenue
>> Las Vegas, NV 89146
>> Tele: 702-799-5373
>> Fax: 702-799-7243
>> Wan: 0015-5527
>> Email: reevec1@nv.ccsd.net
>>
>>> On Tue, Sep 27, 2022 at 9:45 AM Amy Cvetovich <amy@bighornlaw.com> wrote:
>>>> Good Morning Melissa and Christina,
>>>>
>>>> Attached please find the e-filed Order Approving Minor's Compromise along with with a copy of the signed